UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-2465 & 08-2466

_____

SANDRA CORTEZ,

Appellant in 08-2465

v.

TRANS UNION, LLC

SANDRA CORTEZ

v.

TRANS UNION, LLC,

Appellant in 08-2466

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. No. 05-cv-5684)
District Judge: Hon. John P. Fullam

Before: McKee, *Chief Judge*, Hardiman and
Van Antwerpen, *Circuit Judges*

## ORDER AMENDING OPINION

**IT IS HEREBY ORDERED**, that the Slip Opinion filed in this case on August 13,

2010, be amended as follows:

> On page 74 in footnote 37, the citation to "*State Farm Mut. Auto.
> Ins. Co. v. Campbell*, 538 U.S. 408, 416 (3d Cir. 2003)" should be
> changed to read as follows: "*State Farm Mut. Auto. Ins. Co. v.
> Campbell*, 538 U.S. 408, 416 (2003)."

**IT IS SO ORDERED**.

BY THE COURT,


/s/ Theodore A. McKee
Chief Judge


DATED: August 18, 2010
CRG/cc: All counsel of record